

ENTERED
07/20/2020

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**KOONTZ-WAGNER CUSTOM CONTROL HOLDINGS LLC,**<br>    **Debtor.** | Case No. 18-33815<br><br>(Chapter 7) |
| **RODNEY D. TOW, CHAPTER 7 TRUSTEE,**<br>    **Plaintiff,**<br>v.<br>**INDUSTRIAL CLIMATE ENGINEERING, A DIVISION OF AIRXCEL, INC.,**<br>    **Defendant.** | Adversary No. 20-03273 |

**ORDER EXTENDING TIME FOR THE DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE TRUSTEE'S ORIGINAL COMPLAINT PURSUANT TO FEDERAL BANKRUPTCY RULE 7012**

Came on for consideration the Trustee's Motion to Extend Time for the Defendant to File an Answer to the Trustee's Original Complaint Pursuant to Federal Bankruptcy Rule 7012 (the "Motion"). The Court has considered the Motion and has determined that the relief sought therein should be granted. It is therefore,

ORDERED that the deadline for the above-captioned defendant to file an answer or otherwise respond to the Trustee's Original Complaint is hereby extended from August 13, 2020, until October 12, 2020.

Signed: July 20, 2020

                                                    Marvin Isgur
                                     United States Bankruptcy Judge